Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket Number  6:18-MJ-0048-JDP |
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| CELESTE M. TAYLOR, | |
| Defendant. | |

On September 18, 2018 the Government filed a complaint in the above referenced matter. Due to a wildfire in the area, an initial appearance was not held and no further action was taken under this case number.  On August 5, 2019, the Government filed a new complaint based on the same conduct alleged in the September 18, 2018 complaint. A new case number was assigned to the new complaint, 6:19-mj-0050-JDP, and an initial appearance is scheduled for December 3, 2019. As a new case has been opened, and no action was taken under case number 6:18-mj-0048-JDP, the Government is now requesting case number 6:18-mj-0048-JDP be dismissed and closed. The government will proceed with prosecution of this matter under case number 6:19-mj-0050-JDP.

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without

1

1   prejudice and in the interest of justice.

2       .

3

4       Dated:  November 25, 2019        /S/ Susan St. Vincent_____

5                                 Susan St. Vincent

                                   Legal Officer

6                                 Yosemite National Park

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

ORDER

2          Upon application of the United States, good cause having been shown therefor, I order

3    that the above-referenced matter, *United States v.* Taylor, 6:18-mj-0048-JDP, be dismissed,

4    without prejudice, in the interest of justice.

5

6    IT IS SO ORDERED.

7

8    Dated:    November 26, 2019

UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3